No. 999. Noya, Respondent, *v.* Aramburu, Appellant.—Appeal from the District Court of Humacao. Motion of respondent to dismiss appeal. Decided June 16, 1913. Appeal

dismissed for noncompliance with section 299 of the Code of Civil Procedure as amended by Act No. 70 of March 9, 1911, and Rules 40 and 60 of this court. *Mr. Francisco González* for respondent. The appellant did not appear.